UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVLLE DIVISION

| | |
|---|---|
| PEGGY BROWN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 3:16CV-323-JHM |
| | ) |
| NORTHLAND GROUP, INC. & | ) |
| CAVALRY SPV I, LLC, | ) |
| | ) |
| Defendants, | ) |

DEFENDANT NORTHLAND GROUP, INC. AND CAVALRY SPV I, LLC
NOTICE OF REMOVAL

**PLEASE TAKE NOTICE** that the above-named Defendants, **NORTHLAND GROUP, INC.**, and **CAVALRY SPV I, LLC,** by their attorneys, give notice that, pursuant to 28 U.S.C. §§ 1441 and 1446(a), the above-captioned action is removed from the Hardin Circuit Court, County of Hardin, Commonwealth of Kentucky to the United States District Court for the Western District of Kentucky, Louisville Division, on this 27th day of May, 2017, for the following reasons:

A. Introduction

1. Plaintiff is Peggy Brown ("Brown").

2. Defendants are Northland Group, Inc. ("Northland") and Cavalry SPV I, LLC ("Cavalry").

3. This case was initially filed on or about May 9, 2016, in the Hardin County Circuit Court, Division III., Elizabethtown, Kentucky, as Case Number 16-CI-00742.

4. Brown seeks damages for herself, for alleged violations of the Chapter 41 of the Consumer Credit Protection Credit Act of Title 15 (Commerce and Trade) of the United States Code, Specifically 15 U.S.C. § 1692 et seq, commonly known as the Fair Debt Collection Practices Act (hereinafter referred to as "FDCPA") by Northland and Cavalry SPV I, LLC. A copy of Plaintiff's Complaint and all pleadings filed in the Hardin Circuit Court are attached as Exhibit A.

5. The Northland was served with the lawsuit on or about May 12, 2016 and Cavalry was served on or about May 12, 2016.

6. Northland and Cavalry files this notice of removal within the 30-day time period required by 28 U.S.C. § 1446(b).

B. Basis for Removal

7. Removal is proper because Brown's Complaint involves a federal question. 15 U.S.C. §§ 1692 et seq.; *Long v. Bando Mfg. of Am., Inc.*, 201 F.3d 754, 757-58 (6th Cir. 2000); *Peters v. Union Pac. R.R.*, 80 F.3d 257, 260 (8th Cir. 1996).

8. Brown's Complaint contains claims against Northland and Cavalry arising under 15 U.S.C. §§ 1692, *et seq.*, for alleged violations of the FDCPA. This Court has federal subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1331 and 15 U.S.C. § 1692k(d).

9. All pleadings, process, orders, and other filings in the state court action are attached to this notice as required by 28 U.S.C. §1446(a).

10. Venue is proper in this district under 28 U.S.C. §1441(a) because this district and division embrace the place where the removed action has been pending.

11. Northland and Cavalry will promptly file a copy of this Notice of Removal with the clerk of the state court where the action has been pending and serve a copy of this Notice on counsel for Brown.

### C. No Jury Demand

12. Brown has not demanded a jury trial in his Complaint.

### D. Conclusion

13. Northland and Cavalry hereby remove this action to the United States District Court for the Western District of Kentucky, Louisville Division.

Respectfully Submitted,

/s/ William E. Smith, III
William E. Smith, III
KIGHTLINGER & GRAY, LLP
3620 Blackiston Boulevard
Bonterra Building, Suite 200
New Albany, Indiana  47150
(812) 949-2300
Fax:  (812)  949-8556
wsmith@k-g-law.com]
ATTORNEY FOR NORTHLAND GROUP, INC.
&  CAVALRY SPV I, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on May 27, 2016, a copy of the foregoing Notice of Removal was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

    Zachary L. Taylor
    ztaylor@taylorlawcenter.com
    Attorney for Plaintiff

I further certify that a true and correct copy of the foregoing Notice of Removal was mailed, via U.S. mail, first class postage prepaid, this 27th day of May, 2016, to:

    Zachary L. Taylor
    9900 Corporate Campus Drive
    Louisville, KY  40223
    ztaylor@taylorlawcenter.com
    Attorney for Plaintiff

    /s/ William E. Smith, III
    William E. Smith, III
    ATTORNEYS FOR DEFENDANT