| | | |
|---|---|---|
| AOC-E-105　Sum Code: CI<br>Rev. 9-14<br><br>Commonwealth of Kentucky<br>Court of Justice　Courts.ky.gov<br><br>CR 4.02; Cr Official Form 1 | <br><br>**CIVIL SUMMONS** | NOT ORIGINAL DOCUMENT<br>05/27/2016 02:40:23 PM<br>Case #: **16-CI-00742**<br>86427<br>Court: **CIRCUIT**<br>County: **HARDIN** |

*Plantiff,* BROWN, PEGGY　VS. NORTHLAND GROUP INC., ET AL, *Defendant*

TO:　C T CORPORATION SYSTEM
　　　306 W MAIN STREET
　　　SUITE 512
　　　FRANKFORT, KY 40601

The Commonwealth of Kentucky to Defendant:
**CAVALRY SPV I LLC**

　You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

　　　　　　　　　　　　　　　　　　　　　　　/s/ Loretta Crady, Hardin Circuit Clerk
　　　　　　　　　　　　　　　　　　　　　　　Date: **05/09/2016**

Presiding Judge: HON. KELLY MARK EASTON (609182)

---

### Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

　To: _____

☐ Not Served because: _____

Date: _____, 20 _____　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　Served By

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　Title

---

Summons ID: @00000252043,
CIRCUIT: 16-CI-00742 Certified Mail
BROWN, PEGGY　VS. NORTHLAND GROUP INC., ET AL



Page 1 of 1

**eFiled**

CI : 000001 of 000001

| | | |
|---|---|---|
| AOC-E-105　Sum Code: CI<br>Rev. 9-14<br><br>Commonwealth of Kentucky<br>Court of Justice　Courts.ky.gov<br><br>CR 4.02; Cr Official Form 1 | <br><br>**CIVIL SUMMONS** | **NOT ORIGINAL DOCUMENT**<br>**05/27/2016 02:40:45 PM**<br>Case #: **16-CI-00742**<br>86427<br>Court:　**CIRCUIT**<br>County: **HARDIN** |

*Plantiff,* BROWN, PEGGY　VS. NORTHLAND GROUP INC., ET AL, *Defendant*

TO:　C T CORPORATION SYSTEM
　　　306 W MAIN STREET
　　　SUITE 512
　　　FRANKFORT, KY 40601

The Commonwealth of Kentucky to Defendant:
**NORTHLAND GROUP INC.**

　You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

　　　　　　　　　　　　　　　　　　　　　　　/s/ Loretta Crady, Hardin Circuit Clerk
　　　　　　　　　　　　　　　　　　　　　　　Date: **05/09/2016**

Presiding Judge: HON. KELLY MARK EASTON (609182)

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

　　To: _____

☐ Not Served because: _____

Date: _____, 20_____

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Served By

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Title

CI : 000001 of 000001

Summons ID: @00000252042,
CIRCUIT: 16-CI-00742 Certified Mail
BROWN, PEGGY　VS. NORTHLAND GROUP INC., ET AL



Page 1 of 1

**eFiled**

Filed         16-CI-00742     05/09/2016        Loretta Crady, Hardin Circuit Clerk

NOT ORIGINAL DOCUMENT
05/27/2016 02:41:20 PM
86427

COMMONWEALTH OF KENTUCKY
NINTH JUDICIAL DISTRICT
HARDIN CIRCUIT COURT
DIVISION _____
JUDGE _____
CASE NO. _____

PEGGY BROWN                                                                  PLAINTIFF

v.

NORTHLAND GROUP INC.
                                                                              DEFENDANTS
    **SERVE:**
    CT Corporation System
    306 W. Main St.
    Ste 512
    Frankfort, KY 40601

CAVALRY SPV I, LLC

    **SERVE:**
    CT Corporation System
    306 W. Main St.
    Ste 512
    Frankfort, KY 40601

## COMPLAINT

The Plaintiff, Peggy Brown, by counsel, for her Complaint against Defendants, Northland Group, Inc. and Cavalry SPV I, LLC, states as follows:

### INTRODUCTION

    1.    This is an action for actual and statutory damages brought by Plaintiff against the Defendants for violation of Chapter 41, the Consumer Credit Protection Credit Act, of Title 15 (Commerce and Trade) of the United States Code, specifically, 15 U.S.C. § 1692 *et seq.*, (known

Presiding Judge: HON. KELLY MARK EASTON (609182)

COM : 000001 of 000008

Filed         16-CI-00742     05/09/2016        Loretta Crady, Hardin Circuit Clerk

Filed 16-CI-00742 05/09/2016 Loretta Crady, Hardin Circuit Clerk NOT ORIGINAL DOCUMENT 05/27/2016 02:41:20 PM 86427

as the "Fair Debt Collection Practices Act," hereafter the "*FDCPA*"), which prohibits debt collectors from engaging in abusive, deceptive and unfair practices in the collection of consumer debt and in connection therewith.

## JURISDICTION AND VENUE

1. Plaintiff, Peggy Brown ("*Ms. Brown*") is a resident of Hardin County, Kentucky.

2. Plaintiff is a "*consumer*" as that term is defined in the FDCPA with respect to the matters referred to herein.

3. Defendant Northland Group, Inc. ("*Northland*") is a Minnesota corporation with an office at 7831 Glenroy Rd., Ste 250, Edina, Minnesota. At all pertinent times herein, in this judicial district, Defendant Northland regularly used the mails to collect consumer debts owed or asserted to be owed or due another, and/or otherwise engaged in a business the primary purpose of which was the collection of consumer debt owed or due or asserted to be owed or due another.

4. Defendant Northland is a "*debt collector*" as said term is defined in the FDCPA and with respect to the matters cited herein.

5. Defendant Cavalry SPV I, LLC ("*Cavalry*") is a Delaware limited liability company with an office at 500 Summit Lake Drive, Suite 400, Valhalla, New York. At all pertinent times herein, in this judicial district, Defendant Cavalry regularly used the mails to collect consumer debts owed or asserted to be owed or due another, and/or otherwise engaged in a business the primary purpose of which was the collection of consumer debt owed or due or asserted to be owed or due another.

2

Presiding Judge: HON. KELLY MARK EASTON (603182)

COM : 000002 of 000008

Filed 16-CI-00742 05/09/2016 Loretta Crady, Hardin Circuit Clerk

Filed    16-CI-00742    05/09/2016    Loretta Crady, Hardin Circuit Clerk
NOT ORIGINAL DOCUMENT
05/27/2016 02:41:20 PM
86427

6. Defendant Cavalry is a "*debt collector*" as said term is defined in the FDCPA and with respect to the matters cited herein.

7. This Court has jurisdiction pursuant to Ky. Const. § 112(5) and KRS 23A.010(1).

8. Venue is proper in this Court because the Defendants transact business in this county, Plaintiff is a resident of this county, and the conduct complained of occurred here.

9. Ms. Brown seeks damages in excess of the minimum damages available in this Court.

## FACTS

10. Or about May 9, 2015, Defendants sent a letter to Plaintiff via the mails wherein Defendants sought to collect a debt originally owed to GE Capital Corporation/Care Credit, in the amount of $3,797.58.

11. The May 9, 2015 letter was the Defendants' initial communication with Plaintiff in connection with the collection of the debt.

12. The initial communication did not include: (a) the amount of the debt; (b) the name of the creditor to whom the debt is owed; (c) a statement that unless the Plaintiff, within thirty days after receipt of the notice, disputes the validity of the debt, or any portion thereof, the debt will be assumed to be valid by the Defendants; (d) a statement that if the Plaintiff notifies the Defendants in writing within the thirty-day period that the debt, or any portion thereof, is disputed, the Defendants will obtain verification of the debt or a copy of a judgment against the Plaintiff and a copy of such verification or judgment will be mailed to the Plaintiff by the Defendants; and (e) a statement that, upon the Plaintiff's written request within the thirty-day

3

Presiding Judge: HON. KELLY MARK EASTON (609182)
COM : 000003 of 000008

period, Defendants will provide the consumer with the name and address of the original creditor, if different from the current creditor.

13. Within five (5) days after the initial communication, Defendants did not send Plaintiff a written notice that included: (a) the amount of the debt; (b) the name of the creditor to whom the debt is owed; (c) a statement that unless the Plaintiff, within thirty days after receipt of the notice, disputes the validity of the debt, or any portion thereof, the debt will be assumed to be valid by the Defendants; (d) a statement that if the Plaintiff notifies the Defendants in writing within the thirty-day period that the debt, or any portion thereof, is disputed, the Defendants will obtain verification of the debt or a copy of a judgment against the Plaintiff and a copy of such verification or judgment will be mailed to the Plaintiff by the Defendants; and (e) a statement that, upon the Plaintiff's written request within the thirty-day period, Defendants will provide the consumer with the name and address of the original creditor, if different from the current creditor.

14. In the May 9, 2015 letter, Defendants sought to collect a debt that was barred by the defenses of payment, limitations, and estoppel.

15. On information, Defendants knew that the debt was barred, but nevertheless sought to collect the debt, without any lawful basis.

16. In the May 9, 2015, Defendants misrepresented the amount, legal status, and character of the debt, and misrepresented Ms. Brown's rights and obligations regarding the debt.

17. On information, Defendants knew that Plaintiff was represented by counsel regarding the debt.

4

Presiding Judge: HON. KELLY MARK EASTON (609182)
COM : 000004 of 000008

Filed 16-CI-00742 05/09/2016 Loretta Crady, Hardin Circuit Clerk

NOT ORIGINAL DOCUMENT
05/27/2016 02:41:20 PM
86427

18. As a result of the Defendants' conduct, as herein alleged, Plaintiff has been damaged, entitling her to pursue a private cause of action against Defendants for actual and statutory damages, plus attorney's fees and costs.

## COUNT I
## VIOLATION OF THE FDCPA

19. In connection with the collection of the debt, Defendants communicated directly with Plaintiff, knowing that Plaintiff was represented by counsel with respect to the debt. 15 U.S.C. § 1692c(a)(2).

20. Defendants engaged in conduct the natural consequence of which was to harass, oppress, or abuse Plaintiff in connection with the collection of the debt. To wit, Defendants sent Plaintiff a letter seeking to collect a barred debt with intent to annoy, abuse, or harass the Plaintiff.

21. Defendants' representations to Plaintiff were materially false, deceptive, and/or misleading, in violation of 15 U.S.C. § 1692e.

22. Defendants used unfair or unconscionable means to collect or attempt to collect the subject debt, by, *inter alia,* seeking to collect amounts that were not authorized by agreement or permitted by law. 15 U.S.C. § 1692f(1).

23. Within five (5) days after their initial communication in connection with the collection of the debt, Defendants failed to send the Plaintiff a written notice of debt that included the information required by 15 U.S.C. § 1692g(a).

24. Defendants' unlawful actions as described above and as set forth above caused Plaintiff to sustain actual damages, in the form of mental and emotional distress, pain and suffering, inconvenience, turmoil, disgrace, embarrassment, anxiety, humiliation, physical and

5

Presiding Judge: HON. KELLY MARK EASTON (609182)
COM : 000005 of 000008

Filed          16-CI-00742    05/09/2016        Loretta Crady, Hardin Circuit Clerk NOT ORIGINAL DOCUMENT
                                                                        05/27/2016 02:41:20 PM
                                                                        86427

mental upset, stress, embarrassment, loss of commercial viability, loss of credit opportunities, invasion of privacy, pecuniary loss, and damage to credit rating, credit score, reputation, and perceived credit worthiness.

25. With respect to the additional damages that may be awarded pursuant to 15 U.S.C. § 1692k(a)(2)(A), Defendants' noncompliance with the FDCPA is intentional, frequent, widespread and affects a large number of persons perhaps numbering into the thousands, including but not limited to Plaintiff.

26. Defendants' conduct as herein alleged entitles Plaintiff to relief against the Defendants in the form of an award of actual damages, statutory damages, plus attorney's fees and costs.

## COUNT II
## INTENTIONAL OR NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS

27. Defendants' conduct as herein alleged was intentional, reckless, or negligent.

28. Defendants' conduct was so outrageous and intolerable so as to offend generally accepted standards of morality and decency.

29. Defendants' conduct as herein alleged was a cause of Plaintiff's emotional distress.

30. Plaintiff's emotional distress was severe.

31. At law, Plaintiff is entitled to an award of compensatory damages against the Defendants.

32. Pursuant to KRS 411.184(2), Plaintiff is entitled to an award of punitive damages against the Defendant.

Filed          16-CI-00742    05/09/2016        Loretta Crady, Hardin Circuit Clerk

Presiding Judge: HON. KELLY MARK EASTON (609182)
COM : 000006 of 000008

Filed 16-CI-00742 05/09/2016 Loretta Crady, Hardin Circuit Clerk

NOT ORIGINAL DOCUMENT
05/27/2016 02:41:20 PM
86427

## COUNT III
## VIOLATION OF KRS 367.170

33. Defendants violated the provisions of Kentucky's Consumer Protection Act by its use of unfair, false, misleading and/or deceptive acts or practices in the conduct of its trade or commerce.

34. As herein alleged, Defendants acted toward Plaintiff with oppression, fraud, and/or malice, warranting the imposition of punitive damages against the Defendant.

35. Pursuant to KRS 367.220, Plaintiff is entitled to an award of actual damages against Defendants, plus attorney's fees and costs.

36. Pursuant to KRS 411.184(2), Plaintiff is entitled to an award of punitive damages against the Defendants.

### PRAYER FOR RELIEF

WHEREFORE, Plaintiff, Ms. Brown, by counsel, demands relief against the Defendants, Northland Group, Inc. and Cavalry SPV I, LLC, as follows:

    A. Entry of a Judgment against Defendants to compensate Plaintiff for her actual damages sustained as set forth in above Counts.

    B. Entry of a Judgment under the about Counts for any and all maximum statutory damages provided under applicable federal or state statute.

    C. Entry of a Judgment against Defendant for punitive damages on the above Counts wherein an award of such damages is proper and appropriate.

    D. Interest on all of the aforementioned amounts at the maximum rate and for the maximum duration allowed by applicable law.

Filed 16-CI-00742 05/09/2016 Loretta Crady, Hardin Circuit Clerk

Presiding Judge: HON. KELLY MARK EASTON (609182)
COM : 000007 of 000008

Filed        16-CI-00742    05/09/2016        Loretta Crady, Hardin Circuit Clerk

NOT ORIGINAL DOCUMENT
05/27/2016 02:41:20 PM
86427

E. Entry of an order temporarily and permanently enjoining Defendants from future, similar violations of the FDCPA and directing it to discharge, quit, satisfy and/or pay the subject debt and cause any adverse credit information referencing the debt to be deleted and removed from any consumer report concerning Plaintiff.

F. An award of attorneys' fees and costs herein incurred.

G. Any and all other relief to which he may be entitled, including the right to amend this Complaint to add additional claims or additional parties after conducting appropriate discovery.

Respectfully submitted,

*/s/ Zachary L. Taylor*
ZACHARY L. TAYLOR
9900 Corporate Campus Drive
Suite 3000
Louisville, Kentucky 40223
Phone | Fax: (502) 822-2500
ztaylor@taylorlawcenter.com

*Counsel for Plaintiff, Peggy Brown*

8

Filed        16-CI-00742    05/09/2016        Loretta Crady, Hardin Circuit Clerk