UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVLLE DIVISION

PEGGY BROWN,            )
                        )
    Plaintiff,         )
                        )
vs.                     )   Case No. 3:16-cv-00323-JHM-CHL
                        )
NORTHLAND GROUP, INC. & )
CAVALRY SPV I, LLC,     )
                        )
    Defendants,        )

## ORDER OF DISMISSAL

The parties' Stipulation of Dismissal having been submitted for the consideration of the Court and the Court being fully advised in the premises, and it appearing to the Court that matters in controversy in the above-entitled cause of action involving the Plaintiff, Peggy Brown, and the Defendants, Northland Group, Inc. and Cavalry SPV I, LLC., including all claims contained in Plaintiff's Complaint as directed against the Defendants, Northland Group, Inc. and Cavalry SPV I, LLC., have been fully compromised and settled, the Court now APPROVES the parties' Stipulation of Dismissal, and it is

**ORDERED** by the Court that this cause be and the same hereby is dismissed with prejudice as to Defendants, Northland Group, Inc. and Cavalry SPV I, LLC., and said parties to pay their own costs.

*[Signature]*
**Joseph H. McKinley, Jr., Chief Judge**
**United States District Court**

February 3, 2017

TENDERED BY:

/s/William E. Smith, III
William E. Smith, III
KIGHTLINGER & GRAY, LLP
Attorney for Defendants, Northland
Group, Inc. and Cavalry SPV I, LLC
Bonterra Building, Suite 200
3620 Blackiston Boulevard
New Albany, IN 47150
PHONE:  (812) 949-2300
FAX:  (812) 949-8556
E-MAIL:  wsmith@k-glaw.com



DISTRIBUTION TO:

William E. Smith, III
Kightlinger & Gray, LLP
Bonterra Building, Suite 200
3620 Blackiston Boulevard
New Albany, IN 47150
wsmith@k-glaw.com

Zachary L. Taylor
9900 Corporate Campus Drive, Suite 3000
Louisville, KY 40223
ztaylor@taylorlawcenter.com
Counsel for Plaintiff, Peggy Brown